UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61059-CIV-COHN/SELTZER

ALLEN STROMAN,

    Plaintiff,

v.

LOMAR SHIPPING LIMITED, a foreign
corporation, KING OCEAN SERVICES LIMITED
INCORPORATED, a Cayman Island corporation,
doing business as KING OCEAN SERVICES LIMITED,
and ONE 481' freight ship known as the M/V BOSTON
TRADER (IMO# 9282168), Call Sign 9V2388, in rem,

    Defendants.

_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice ("Stipulation") [DE 56.] The Court has reviewed the Stipulation and the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Stipulation is **APPROVED**;

2.    This case is **DISMISSED WITH PREJUDICE**;

3.    Each party shall bear its own fees and costs; and

2

4.    This Clerk of Court is **DIRECTED** to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of Februrary, 2019.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF